COM.

v.

**HERNANDEZ, T.**

**1518 EDA 2016**

Superior Court of Pennsylvania.

05/19/2017

CP–51–CR–0800861–2006 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**SHABAZZ, J.**

**2381 EDA 2016**

Superior Court of Pennsylvania.

05/19/2017

Reargument Denied 7/19/2017

CP–46–SA–0000555–2016 (Montgomery)

Affirmed

COM.

v.

**MARGRETTA, S.**

**2451 EDA 2016**

Superior Court of Pennsylvania.

05/19/2017

CP–45–CR–000086–1995 (Monroe)

Affirmed

**ESTATE OF Anne V. BALLINGER,
Deceased**

**2620 EDA 2016**

Superior Court of Pennsylvania.

05/19/2017

O.C. No. 545ʼ AP of 2013 (Philadelphia)

Affirmed

COM.

v.

**HITNER, C.**

**2719 EDA 2016**

Superior Court of Pennsylvania.

05/19/2017

CP–09–CR–0002015–2004 (Bucks)

Affirmed